UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SI03, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-00094-SNLJ |
| | ) | |
| BODY LLC d/b/a Body Nutrition, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on a Motion for Leave to Withdraw as Counsel filed by plaintiff's counsel on August 7, 2026. [Doc. 46]. Because the law does not permit a corporate defendant to proceed *pro se*, the Court generally will not allow an attorney to withdraw if no other attorney has entered an appearance. *Nelson v. Acorn Stair & Woodwork, Inc.*, 4:15-CV-1200 CAS, 2017 WL 4176435, at *3 (E.D. Mo. Sept. 21, 2017). As a result, the Court will hold the motion to withdraw in abeyance and order the plaintiff to retain substitute counsel by September 28, 2026. Counsel shall provide a copy of this Order to the plaintiff and file a notice of service with the Court.

The Court notes that plaintiff's counsel seeks to withdraw only twenty-four (24) days after entering his appearance on July 14, 2026. *See* [Doc. 43]. This case has been delayed since May 1, 2026 when plaintiff's then counsel filed a motion to withdraw [Doc. 29], which was granted on July 16, 2026 [Doc. 45]. Plaintiff is

warned that failing to retain substitute counsel as ordered by this Court may result in sanctions, including the dismissal of this matter for failure to obey a court order and/or failure to prosecute. *See* Fed.R.Civ.P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Leave to Withdraw as Counsel [Doc. 46] is **HELD IN ABEYANCE**.

**IT IS FURTHER ORDERED** that plaintiff shall retain substitute counsel and counsel shall enter an appearance by **September 28, 2026**.

**IT IS FURTHER ORDERED** that plaintiff's counsel shall provide a copy of this Order to the plaintiff and file a notice of service with the Court.

**SO ORDERED** this 27th day of August, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE